UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alfredo Villoldo and Gustavo E. Villoldo,

    Plaintiffs,

v.

Fidel Castro Ruz, Raul Castro Ruz, The Ministry of Interior, The Army of the Republic of Cuba, and The Republic of Cuba,

    Defendants.

Civil No. 13-1675 (JNE/JSM)
ORDER

In a Report and Recommendation dated December 4, 2014, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that the Complaint be dismissed without prejudice. No objection to the Report and Recommendation has been made. For the reasons set forth in the Report and Recommendation, the Court dismisses this action without prejudice.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2015

                                              s/Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge